IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYPRESS CREEK PARTNERS, LLC,**
*et al.*                                                                                                                    **PLAINTIFFS**

v.                                    Case No. 4:20-cv-01005-KGB

**UNITED NATURAL FOODS, INC.,**
*et al.*                                                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation for dismissal with prejudice (Dkt. No. 32). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal with prejudice and dismisses all claims asserted herein with prejudice, with each party to bear its own attorneys' fees and costs.

So ordered this 7th day of September, 2022.

_____
Kristine G. Baker
United States District Judge